# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0636
Lower Tribunal No. 2021-DR-001094-FM01-XX

_____

PAMELA C. LAZARTO,

Appellant,

v.

RONALD LAZARTO, JR.,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Kyle Cohen, Judge.

December 10, 2024

PER CURIAM.

AFFIRMED.

STARGEL, BROWNLEE and GANNAM, JJ., concur.


Ryan Hamilton, of Hamilton Law Office, P.A., Fort Myers, for Appellant.

Jacob L. Barrett, of Family First Legal Group, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED